United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lydia Winterstein, | NO. C 02-05746 JW |
| Plaintiff(s), | **ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT AND FOR ATTORNEYS FEES** |
| v. | |
| Stryker Corporation Group Life Insurance Plan et al., | |
| Defendant(s). | |

Plaintiff's motion to alter or amend judgment and for attorneys fees is continued from March 13, 2006 to March 20, 2006 at 9:00 a.m.

Dated: February 23, 2006

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clarissa A. Kang ckang@truckerhuss.com
Martin S. Snitow snitow@yale.edu
R. Bradford Huss bhuss@truckerhuss.com
Yana S. Johnson yjohnson@mofo.com

**Dated: February 23, 2006**                    **Richard W. Wieking, Clerk**

**By:   /s/ JW chambers**
        **Melissa Peralta**
        **Courtroom Deputy**