1  R. Bradford Huss, No. 71303
   Clarissa A. Kang, No. 210660
2  TRUCKER ✦ HUSS
   A Professional Corporation
3  120 Montgomery Street, 23rd Floor
   San Francisco, California  94104
4  Telephone:      (415) 788-3111
   Facsimile:       (415) 421-2017
5  E-mail:          bhuss@truckerhuss.com
                    ckang@truckerhuss.com
6

7  Attorneys for Defendants Stryker
   Corporation and Stryker Corporation
8  Group Life Insurance Plan



IT IS SO ORDERED
Judge James Ware

9

10                    UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14  LYDIA WINTERSTEIN,                    Case No. Case No. C02-05746 JW

15                  Plaintiff,             STIPULATION AND [PROPOSED]
                                           ORDER TO CONTINUE HEARING ON
16          vs.                            PLAINTIFF'S MOTION TO ALTER OR
                                           AMEND JUDGMENT AND FOR
17  STRYKER CORPORATION AND                ATTORNEY FEES
    STRYKER CORPORATION GROUP LIFE
18  INSURANCE PLAN,

19                  Defendants.

20

21       Plaintiff Lydia Winterstein and Defendants Stryker Corporation and Stryker Corporation

22  Group Life Insurance Plan hereby stipulate and agree to a continuance of the hearing on Plaintiff's

23  Motion to Alter or Amend Judgment and for Attorney Fees ("Plaintiff's Motion") that is currently

24  scheduled for March 20, 2006.  The parties agree to continue the hearing on Plaintiff's Motion until

25  April 3, 2006, or until the Court's next available motion hearing date.  A mediation is currently

26  scheduled for March 21, 2006 with the U.S. Court of Appeals for the Ninth Circuit's Mediation

27  Program that is anticipated to cover the issues raised in Plaintiff's Motion, among other disputed

28

issues, and Plaintiff and Defendants request that the Court continue the hearing on Plaintiff's Motion until April 3, 2006. at 9:00 AM

DATED: March 14, 2006          MARTIN S. SNITOW LAW CORPORATION

                               By: /s/ Martin S. Snitow
                               Martin S. Snitow
                               Attorney for Plaintiff Lydia Winterstein

DATED: March 14, 2006          TRUCKER ✦ HUSS

                               By: R. Bradford Huss
                               R. Bradford Huss
                               Attorneys for Defendants
                               Stryker Corporation and
                               Stryker Corporation Group
                               Life Insurance Plan

### [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation of the parties, the hearing on Plaintiff's Motion to Alter or Amend Judgment and for Attorney's Fees in the above-entitled action, previously scheduled for March 20, 2006, shall be rescheduled for April 3, 2006 at 9:00 a.m. before this Court.

IT IS SO ORDERED.

DATED: March 15, 2006          By: /s/ James Ware
                               Honorable James Ware
                               United States District Court Judge