Martin S. Snitow — State Bar No. 085308
Martin S. Snitow Law Corporation
P. O. Box 90278
San Jose, CA 95109-3278

Telephone: (408) 985-7575

Attorney for Plaintiff, Lydia Winterstein



IT IS SO ORDERED
Judge James Ware

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| LYDIA WINTERSTEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION and STRYKER CORPORATION GROUP LIFE INSURANCE PLAN,<br><br>    Defendants. | Case No. C02-05746 JW (EAI) ADR<br><br>STIPULATION AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for all parties, that the pending motion for prejudgment interest and to determine money damages in the above-entitled action is withdrawn with prejudice, and the proposed hearing date of May 1, 2006 is vacated.

IT IS FURTHER STIPULATED AND AGREED that nothing in this Stipulation and Order shall affect Plaintiff's pending motion for an award of attorney fees, which was argued and submitted on April 3, 2006.

Martin S. Snitow Law Corporation
Attorney for Plaintiff

By: _____
    Martin S. Snitow

Trucker - Huss
Attorney for Defendants

By: _Clarissa A. Kang_
    Clarissa A. Kang

Martin S. Snitow Law Corporation
28 North First Street, Suite 100
P.O. Box 90278
San Jose, CA 95109-3278

1  ORDER

2  Upon reading the foregoing stipulation, and for good cause shown, it is so ordered.

3  Dated: April 12, 2006

_____
UNITED STATES DISTRICT JUDGE