**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lydia Winterstein, | NO. C 02-05746 JW |
| Plaintiff, | **ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTION** |
| v. | |
| Stryker Corporation Group Life Insurance Plan, et al., | |
| Defendants. | |

Please take note that on the Court's own motion, the hearing on Plaintiff's Motion for Relief from Judgment or Order and for Appointment of Expert presently scheduled for June 5, 2006 is now rescheduled to **June 9, 2006 at 9 a.m.**

Dated: May 15, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clarissa A. Kang ckang@truckerhuss.com
Martin S. Snitow snitow&#064;aya.yale.edu
R. Bradford Huss bhuss&#064;truckerhuss.com
R. Bradford Huss bhuss@truckerhuss.com
Yana S. Johnson yjohnson@mofo.com

**Dated: May 15, 2006**                                    **Richard W. Wieking, Clerk**

                                                                               **By:    /s/ JW Chambers**
                                                                                           **Melissa Peralta**
                                                                                           **Courtroom Deputy**