Martin S. Snitow — State Bar No. 085308
Martin S. Snitow Law Corporation
P. O. Box 90278
San Jose, CA 95109-3278

Telephone: (408) 985-7575

Attorney for Plaintiff, Lydia Winterstein

*IT IS SO ORDERED*

*James Ware*

Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LYDIA WINTERSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION and STRYKER CORPORATION GROUP LIFE INSURANCE PLAN,<br><br>Defendants. | Case No. C02-05746 JW (EAI) ADR<br><br>STIPULATION AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for all parties, that Plaintiff's Motion for Relief from Judgment or Order and for Appointment of Expert presently scheduled for June 9, 2006 is now rescheduled to June 16, 2006 at 9 AM.

Martin S. Snitow Law Corporation
Attorney for Plaintiff

By: _____
        Martin S. Snitow

Trucker - Huss
Attorney for Defendants

By: *Clarissa A Kang* 5/18/06
        Clarissa A. Kang

Martin S. Snitow Law Corporation
28 North First Street, Suite 100
P.O. Box 90278
San Jose, CA 95109-3278

ORDER

Upon reading the foregoing stipulation, and for good cause shown, it is so ordered.

Dated:  05/19/06

UNITED STATES DISTRICT JUDGE