R. Bradford Huss, No. 71303
Clarissa A. Kang, No. 210660
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:   (415) 788-3111
Facsimile:   (415) 421-2017
E-mail:      bhuss@truckerhuss.com
             ckang@truckerhuss.com

Attorneys for Defendants Stryker
Corporation and Stryker Corporation
Group Life Insurance Plan

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYDIA WINTERSTEIN,<br><br>               Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION AND STRYKER CORPORATION GROUP LIFE INSURANCE PLAN,<br><br>               Defendants. | Case No. Case No. C02-05746 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANTS TO PAY ATTORNEY'S FEES AWARDED TO PLAINTIFF** |

Plaintiff Lydia Winterstein and Defendants Stryker Corporation and Stryker Corporation Group Life Insurance Plan hereby stipulate and agree to extend the time for Defendants to pay the attorney's fees awarded by this Court's orders dated July 10, 2006 and November 20, 2006, because Plaintiff has stated her intent to file a Notice of Appeal regarding this Court's rulings on the attorney's fee issue. The parties stipulate and agree to extend the time for Defendants to pay the attorney's fees awarded to Plaintiff to December 21, 2006.

DATED: _____, 2006

MARTIN S. SNITOW LAW CORPORATION

By: _____
Martin S. Snitow
Attorney for Plaintiff Lydia Winterstein

*Digitally signed by Martin S. Snitow — DN: CN = Martin S. Snitow, C = US, O = Martin S. Snitow Law Corp. Date: 2006.12.04 15:41:11 -08'00'*

DATED: Dec. 4, 2006

TRUCKER ✦ HUSS

By: _____
Clarissa A. Kang
Attorneys for Defendants
Stryker Corporation and
Stryker Corporation Group
Life Insurance Plan

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 5, 2006        By: _____
Honorable James Ware
United States District Court Judge

Trucker ✦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE TIME FOR DEFENDANTS TO PAY ATTORNEY'S FEES AWARDED TO PLAINTIFF; Case No. Case No. C02-05746 JW
#819232

2