R. Bradford Huss, No. 71303
Clarissa A. Kang, No. 210660
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:   (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:        bhuss@truckerhuss.com
                   ckang@truckerhuss.com

Attorneys for Defendants Stryker
Corporation and Stryker Corporation
Group Life Insurance Plan

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYDIA WINTERSTEIN,<br><br>            Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION AND STRYKER CORPORATION GROUP LIFE INSURANCE PLAN,<br><br>            Defendants. | Case No. Case No. C02-05746 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANTS TO PAY ATTORNEY'S FEES AWARDED TO PLAINTIFF** |

   Plaintiff Lydia Winterstein and Defendants Stryker Corporation and Stryker Corporation Group Life Insurance Plan hereby stipulate and agree to extend further the time for Defendants to pay the attorney's fees awarded by this Court's orders dated July 10, 2006 and November 20, 2006. Plaintiff has filed a Notice of Appeal of this Court's final ruling on the attorney's fees.

   The parties therefore stipulate and agree to extend the time for Defendants to pay any attorney's fees awarded in this action to fifteen (15) days after the earlier of:

(a) the date on which a final order determining an award of attorney's fees in this action is not subject to any further appeal, rehearing, or remand; or

(b) the effective date of any settlement agreement signed by all parties.

This stipulation and order shall be subject to, and may be modified by, any subsequent court order which specifies a different time for paying attorney's fees.

Nothing in this stipulation and order shall affect proceedings currently pending before the Court of Appeals for the Ninth Circuit for attorney's fees in Docket No. 04-15337.

DATED: Dec. 20, 2006               MARTIN S. SNITOW LAW CORPORATION

                                   By: /s/
                                       Martin S. Snitow
                                       Attorney for Plaintiff Lydia Winterstein

DATED: Dec. 20, 2006               TRUCKER ✦ HUSS

                                   By: Clarissa A. Kang
                                       Clarissa A. Kang
                                       Attorneys for Defendants
                                       Stryker Corporation and
                                       Stryker Corporation Group
                                       Life Insurance Plan

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 21, 2006           By: James Ware
                                       Honorable James Ware
                                       United States District Court Judge

---

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANTS TO PAY ATTORNEY'S FEES AWARDED TO PLAINTIFF; Case No. Case No. C02-05746 JW
#819235

Trucker ✦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104