IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lydia Winterstein, | NO. C 02-05746 JW |
| Plaintiff, <br> v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| Stryker Corp. Group Life Insurance Plan, et al., | |
| Defendants. | |

On January 8, 2008, the Ninth Circuit issued its memorandum of disposition regarding an appeal on the issue of attorney fees in the above entitled case. In light of the Ninth Circuit's remand, the Court sets a Case Management Conference for **February 4, 2008 at 10 A.M.** Pursuant to the Civil Local Rules of Court, the parties shall meet and confer, and file a Joint Case Management Statement on or before **January 25, 2008.**

Dated: January 11, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clarissa A. Kang ckang@truckerhuss.com
Martin S. Snitow snitow@aya.yale.edu
R. Bradford Huss bhuss@truckerhuss.com
Yana S. Johnson yjohnson@mofo.com

**Dated: January 11, 2008**　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　**By:　/s/ JW Chambers**
　　　　　　　　　　　　　　　　　　　　　　　　　**Elizabeth Garcia**
　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**