R. Bradford Huss, No. 71303
Clarissa A. Kang, No. 210660
TRUCKER ♦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com
ckang@truckerhuss.com

Attorneys for Defendants Stryker
Corporation and Stryker Corporation
Group Life Insurance Plan

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYDIA WINTERSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION AND STRYKER CORPORATION GROUP LIFE INSURANCE PLAN,<br><br>Defendants. | Case No. Case No. C02-05746 JW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiff Lydia Winterstein and Defendants Stryker Corporation and Stryker Corporation Group Life Insurance Plan hereby stipulate and agree to a four-week continuance of (a) the Case Management Conference that is currently scheduled for February 4, 2008 at 10 a.m. and (b) the January 25, 2008 deadline for the parties' meet and confer and filing of a Joint Case Management Statement. The parties have now reached a settlement in principle and anticipate finalizing settlement through a written agreement and a dismissal of this action. The parties believe that the

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE; Case No. C02-     1

#899571

case management conference should be moved to March 3, 2008 and the deadline for the parties to meet and confer and file a Joint Case Management Statement should be moved to February 22, 2008, so that the parties can finalize the settlement prior to the setting of any case management deadlines in this action.

DATED: 1/25, 2008

MARTIN S. SNITOW LAW CORPORATION

By: /s/ Martin S. Snitow
Martin S. Snitow
Attorney for Plaintiff Lydia Winterstein

DATED: _____, 2008

TRUCKER ♦ HUSS

By: /s/Clarissa A. Kang
Clarissa A. Kang
Attorneys for Defendants
Stryker Corporation and
Stryker Corporation Group
Life Insurance Plan

[PROPOSED] ORDER

PURSUANT TO STIPULATION,

The Court continues the Case Management Conference presently set for February 4, 2008 to **March 10, 2008 at 10 a.m.** The parties shall file a Joint Statement on or before **February 28, 2008.** The Case Management Conference will be vacated upon the filing of a Stipulated Dismissal.

Dated: January 29, 2008

/s/ James Ware
JAMES WARE
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE; Case No. C02-    2

#899571