R. Bradford Huss, No. 71303
Clarissa A. Kang, No. 210660
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com
ckang@truckerhuss.com

Attorneys for Defendants Stryker
Corporation and Stryker Corporation
Group Life Insurance Plan

**IT IS SO ORDERED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LYDIA WINTERSTEIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION AND STRYKER CORPORATION GROUP LIFE INSURANCE PLAN,<br><br>　　　　Defendants. | Case No. Case No. C02-05746 JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by, between, and among the parties who have appeared in this action that the above-captioned litigation shall be, and hereby is, dismissed in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Except as otherwise expressly agreed in the parties' settlement agreement, each party shall bear its own attorney's fees and costs.

DATED: Feb. 4, 2008        MARTIN S. SNITOW LAW CORPORATION

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Martin S. Snitow
　　　　　　　　　　　　　　　　Attorney for Plaintiff Lydia Winterstein

| | | |
|---|---|---|
| 1 | DATED: Feb. 12, 2008 | TRUCKER ✦ HUSS |
| 2 | | |
| 3 | | By: /s/ Clarissa A. Kang |
| 4 | | Clarissa A. Kang<br>Attorneys for Defendants<br>Stryker Corporation and<br>Stryker Corporation Group |
| 5 | | Life Insurance Plan |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Clerk shall close this file.

DATED: February 19, 2008, 2008    By: /s/ James Ware
Honorable James Ware
United States District Court Judge